

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00135-CV

**FREDRICK AMBRES, APPELLANT**

V.

**ADRIANNE HENDERSON, APPELLEE**

On Appeal from the 250th District Court
Travis County, Texas
Trial Court No. D-1-GN-23-003472, Honorable Laurie Eiserloh, Presiding

August 13, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Fredrick Ambres, appeals from the trial court's judgment.[1]  Appellant's brief was due July 10, 2024, but was not filed.  By letter of July 17, 2024, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 29.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam